IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM CARTER**  **PLAINTIFF**

v.  Case No. 4:20-cv-01069-LPR-JJV

**DELECUS ETHERLY**  **DEFENDANT**
*Sergeant, Dub Brassell Detention Center*

## ORDER

The Court has received Proposed Findings and Partial Recommendations from United States Magistrate Judge Joe J. Volpe. (Doc. 16). No objections have been filed and the time for doing so has expired. After careful review of the proposed findings and partial recommendations, as well as the record, the Court adopts the proposed findings and partial recommendations in their entirety.

Accordingly, Defendant's Motion for Partial Summary Judgment (Doc. 12) is GRANTED, and Plaintiff's excessive force claim that arose in misdemeanor 1 is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 8th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE