IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM CARTER                                                                                           PLAINTIFF

v.                                         4:20-cv-01069-LPR-JJV

DELECUS ETHERLY, Sergeant,
Dub Brassell Detention Center                                                                       DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### RECOMMENDATION

On September 4, 2020, William Carter ("Plaintiff") filed this *pro se* action, pursuant to 42 U.S.C. § 1983, alleging Sergeant Delecus Etherly ("Defendant") used excessive force against him. (Doc. 2.) At that time, Plaintiff was in the Brassell Detention Center. (*Id*.) Soon thereafter, Plaintiff received my September 9, 2020 Order explaining his obligation, under Local Rule 5.5(c)(2), to maintain a current address with the Clerk of Court and advising him this case could

1

be dismissed without prejudice if he failed to do so. (Doc. 3.)

On May 7, 2021, Defendant filed a Motion to Dismiss, or in the Alternative, to Extend Deadlines saying Plaintiff has not responded to his March 24, 2021, discovery requests because he had been released from the Brassell Detention Center without providing a new address. (Doc. 18.) On May 10, 2021, I held the Motion in abeyance and gave Plaintiff thirty days to file an updated address. (Doc. 19.) The Order, which was sent to Plaintiff's last known address at the Brassell Detention Center, was returned undeliverable. (Doc. 20.)

The time for Plaintiff to provide a valid address has expired. This case cannot continue if Defendant and the Court have no way of contacting Plaintiff, and Defendant is unable to conduct discovery. And, prior to his release, Plaintiff was warned about the possible consequences of failing to maintain a valid address with the Clerk. Accordingly, I recommend Defendant's Motion to Dismiss be granted, and this case be dismissed without prejudice due to Plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. Defendant's Motion to Dismiss (Doc. 18) be GRANTED, and this case DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of June 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE