# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM CARTER**                                                                     **PLAINTIFF**

v.                  **Case No. 4:20-cv-01069-LPR-JJV**

**DELECUS ETHERLY, Sergeant**
**Dub Brassell Detention Center**                                        **DEFENDANT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFR and record, the Court adopts the PFR in its entirety.

Accordingly, Defendant's Motion to Dismiss (Doc. 18) is GRANTED, and this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE