IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM CARTER**                                                                                               **PLAINTIFF**

v.                                      Case No. 4:20-cv-01069-LPR

**DELECUS ETHERLY, Sergeant**
**Dub Brassell Detention Center**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Orders entered in this case, it is considered, ordered. and adjudged that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Orders and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE